## LENTZINGER v. HERSHEY.

PRACTICE IN THE SUPREME COURT.

*Appeal from Muscatine Circuit Court.*

THURSDAY, DECEMBER 6.

ACTION in equity. The nature and object of which is to restrain the defendant, by injunction, from changing the natural flow of a stream of water by means of certain ditches and embankments. The only relief asked is that the injunction be made perpetual. The court, in an appropriate decree, granted the relief, and defendant appeals. ·

*D. C. Cloud* and *W. F. Brannan*, for appellant.

*Hoffman, Pickler & Brown*, for appellee.

SEEVERS, J.—No errors are assigned, nor was there a motion in the court below for a trial on written evidence, nor did the court order all the evidence to be taken in the form of depositions, or that the evidence offered at the trial should be reduced to writing, nor has the judge certified that all the evidence is before us. In this state of the record there is nothing we can try or determine. Code, § 2742; *MacClay v. Bunkers*, 46 Iowa, 700; *Richards v. Hintrager*, 45 Id., 253; *Hammersham v. Fairall*, 44 Iowa, 462; *Vinsant v. Vinsant*, p. 594, *ante*.

AFFIRMED.